**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Anthony Manson -vs- City Of Chicago, P.O. D. Stanek #10446, P.O. C. McGhee #11410, P.O. K. Culhane #14996, P.O. M. Bouch #10723, P.O. R Grajewski #13269, P.O. M. Kosur #13811, P.O. P. Perkovich #2610, P.O. W Byk Jr #2819, P.O J. Murphy #3297, P.O. C. Lewis #4103, P.O. M. Haidari #4663, P.O. T. Fitzpatrick #8646, Animal Care Officer Loza #303 | FILED: MAY 23, 2008<br>08CV3024   RCC<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Kenneth N. Flaxman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kenneth N. Flaxman |
| FIRM<br>Kenneth N. Flaxman P.C. |
| STREET ADDRESS<br>200 S Michigan Ave., Ste 1240 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>08830399 | TELEPHONE NUMBER<br>(312) 427-3200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐