## United States District Court for the Northern District of Illinois

Case Number: 08CV3024  Assigned/Issued By: J. N.

Judge Name: LINDBERG  Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 2802526

Date Payment Rec'd: 5-23-08  Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets  (Victim, Against and $ Amount)
[ ] Writ _____
(Type of Writ)

14 Original and 0 copies on 5/23/08 as to ALL DEFENDANTS
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05